THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GIRO LIGOURI, Appellant.— Judgment of the County Court, Kings County, entered on the verdict of a jury finding the defendant guilty of the crime of murder in the second degree, and imposing sentence thereon, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CHARLES A. MULLIGAN, JR., Respondent.— The People of the State of New York appeal from an order of the County Court, Richmond County, dismissing the "First," "Second" and "Third" counts of an indictment, charging the crimes of perjury in the first degree. Appeal dismissed on the ground that the order is not appealable. (Code Crim. Proc. § 518; *People* v. *Reed*, 276 N. Y. 5, 11, 12.) Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM PANARO, Appellant.— Judgment of the County Court, Kings County, entered on the verdict of a jury finding the defendant guilty of the crime of murder in the second degree, and imposing sentence thereon, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEVE ROSS, True Name SAUL ROSENBLOOM, Appellant.— Judgment of the County Court, Nassau County, entered on the verdict of a jury, finding the defendant guilty of the crimes of burglary in the third degree and petit larceny, upon which he was sentenced, unanimously affirmed. No opinion. Appeal from orders denying the motion for a new trial, and in arrest of judgment, dismissed. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SUMNER SMITH, True Name SUMNER GRAY SMITH, Appellant.— Judgment of the County Court, Nassau County, entered on the verdict of a jury, finding the defendant guilty of the crimes of burglary in the third degree and petit larceny, upon which he was sentenced, unanimously affirmed. No opinion. Appeal from orders denying the motion for a new trial, and in arrest of judgment, dismissed. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR TAYLOR, Appellant.— Judgment rendered by a city magistrate sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of violating section 1990-a of the Penal Law (loitering on certain railway property), reversed on the law, the information dismissed and the defendant discharged. Section 1990-a of the Penal Law does not include the *locus in quo*. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE WHITNEY, Appellant.— Judgment of the County Court, Nassau County, entered on the verdict of a jury, finding the defendant guilty of the crimes of burglary in the third degree and petit larceny, upon which he was sentenced, unanimously affirmed. No opinion. Appeal from orders denying the motion for a new trial, and in arrest of judgment, dismissed. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

RUBEL CORPORATION, Appellant, v. LAURA SANTORO and Others, Defendants; YORKVILLE ICE SALES CORPORATION, WILLIAMSBURG ICE CO., INC., and WILLIAM HAGEDORN, Respondents.— Appeal from so much of an order as denies plaintiff's